**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7557**

———————

ROGER KYLE DAVIS,

                              Petitioner - Appellant,

        versus

DIRECTOR OF VIRGINIA DEPARTMENT OF CORRECTIONS,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-99-297-7)

———————

Submitted:  January 13, 2000          Decided:  January 20, 2000

———————

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Roger Kyle Davis, Appellant Pro Se.  Kathleen B. Martin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roger Kyle Davis seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Davis v. Virginia Dep't of Corrections, No. CA-99-297-7 (W.D. Va. Oct. 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED